IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00606-PSF-PAC

RAYMOND PETER MONTOYA,

    Applicant,

v.

H.A. RIOS, Warden,

    Respondent.

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Patricia A. Coan, United States Magistrate Judge**

On November 17, 2005, petitioner Raymond Peter Montoya, a federal prisoner, filed a letter addressed to Judge Figa.  Judge Figa referred the letter to me.  I have read Mr. Montoya's letter and it essentially seeks the same relief as that sought in his Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241, which he filed on April 1, 2005.  Mr. Montoya's Application was referred to the undersigned on April 21, 2005 to issue a Recommendation on disposition.  I entered my Recommendation on October 26, to which petitioner objected on November 9, 2005.  In my Recommendation, I concluded that petitioner was not entitled to the relief sought in his Application because the Bureau of Prisons (BOP) rule concerning the timing of halfway-house placement (28 C.F.R. § 570) was a lawful categorical exercise of the BOP's discretion under 18 U.S.C. § 3621(b).

Mr. Montoya's letter seeks the court's intervention to direct BOP to place him in a halfway-house for the last six months of his sentence.  This is the same relief he sought in his

Application. For the reasons stated in my Recommendation, there is no appropriate basis on which to grant Mr. Montoya the relief he seeks. I recommend that petitioner's request for placement in a halfway house for the remaining six months of his federal sentence be denied.

For the reasons stated, it is hereby

**RECOMMENDED** that the relief sought in petitioner's Letter to Judge Figa, filed November 17, 2004 [doc. # 20] be **denied**.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district court judge shall make a determination of those portions of the proposed findings or specified recommendation to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated this 18th day of November, 2005.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge